AO88 (Rev. 12/07) Subpoena in a Civil Case



# Issued by the
# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

| | |
|---|---|
| KERRY J. BONDS, JR.<br>V.<br>APACHE CORP., R&R BOATS, INC. and<br>HARLEY CRANE SERVICES, INC> | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1]   USDC-EDLA 07-9119 |

TO:   APACHE CORPORATION (OF DELAWARE)
c/o C T Corporation System
5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

x YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
TO PRODUCE ANY AND ALL CONTRACTS, AGREEMENTS, OR OTHER DOCUMENTS RELATING TO CONTRACTORS, SUBCONTRACTORS, OR OTHER SERVICE PROVIDERS UTILIZED, HIRED, OR CONTRACTED WITH FOR A PERIOD COVERING NOVEMBER 26, 2006 ON THE PLATFORMS, RIGS, OR OTHER FACILITIES OWNED, LEASED, OR OPERATED BY YOU, A CONTRACTOR, SUBCONTRACTOR, OR PARENT/SUBSIDIARY COMPANY AT EUGENE ISLAND BLOCK 354 AND ALL WEATHER REPORTS FOR EUGENE ISLAND BLOCK 354 ON 11/26/06 AND THE TWO DAYS BEFORE AND AFTER AT ALL TIMES BY THE HOUR.

| PLACE | DATE AND TIME |
|---|---|
| PREIS & ROY, 601 Poydras Street, Suite 1700, New Orleans, LA 70130 | MAY 4, 2009 at 9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

**RECEIVED**
APR 1 4 2009
SCSLP-LAFY

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ (Defendant) | April 13, 09 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Carl J. Hebert (#06724), PREIS & ROY, 601 Poydras Street, Suite 1700, New Orleans, LA 70130 (504) 581-6062.
Attorney for Defendant, R&R Boats, Inc.

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/07) Subpoena in a Civil Case (Page 2)

**PROOF OF SERVICE**

DATE: 4/15/09

SERVED: Lynette Bass, Corp. Operations CT Corp

PLACE: 5615 Corporate, Baton Rouge, LA 70808

SERVED ON (PRINT NAME): Lynette Bass @ CT Corporation

MANNER OF SERVICE: Hand Delivery

SERVED BY (PRINT NAME): Amy W Broussard

TITLE: Branch Mgr. of Shuman

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  4/15/09
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER: 850 Kaliste Saloom D. Ste 113, Lafayette, LA 70508

Federal Rule of Civil Procedure 45 (c), (d), and (e), as amended on December 1, 2007:

RECEIVED
APR 1 4 2009
SCSLP-LAFY