UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KERRY J. BONDS, JR.                          CIVIL ACTION

VERSUS                                       NUMBER: 07-9119

APACHE CORPORATION, ET AL.                   SECTION: "J"(5)


## ORDER SETTING ORAL ARGUMENT
## VIA TELEPHONE

Oral argument on Defendant's Motion to Compel (rec. doc. 68) will be conducted telephonically on September 30, 2009 at 11:00 a.m. or as soon thereafter on that date and time as the Court's docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 14th day of _____September_____, 2009.


_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE