```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

KERRY J. BONDS, JR.                                CIVIL ACTION

VERSUS                                             NUMBER: 07-9119

APACHE CORPORATION, ET AL.                         SECTION: "J"(5)


ORDER ON MOTION
SEPTEMBER 28, 2009


APPEARANCES:

MOTION:

(1)   Defendant's Motion to Compel (Rec. doc. 68).

_____ :   Continued to

\_\_1\_\_ :   No opposition filed within the time limit prescribed by
           Local Rule 7.5E.

_____ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

___1___ : Granted as unopposed. If he has not already done so, plaintiff is to respond to defendant's outstanding discovery requests within two (2) weeks.

_____ : Denied.

_____ : Other.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE