AO 441 (Rev. 04/08)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

### EASTERN District of LOUISIANA

**RETURN**

| | |
|---|---|
| KERRY BONDS, JR. | ) |
| Plaintiff | ) |
| v. | ) |
| POWERHOUSE, INC. | ) |
| Defendant, Third-party plaintiff | ) |
| v. | ) |
| C&G BOATS, INC. | ) |
| Third-party defendant | ) |

Civil Action No.     07-9119 c/w 09-3236

### Summons on a Third-Party Complaint

To: *(Third-party defendant's name and address)*
 C&G BOATS, INC.
 c/o ALBERT A. CHERAMIE
 143 CHERAMIE LANE
 GOLDEN MEADOW, LA  70357

     A lawsuit has been filed against defendant POWERHOUSE ,INC.     , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  KERRY BONDS, JR.     .

     Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff and on the defendant an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant's attorney, whose name and address are:
JEAN ANN BILLEAUD
DAIGLE RAYBURN LLC
303 W. VERMILION ST., STE 210
P.O. BOX 3667
LAFAYETTE, LA  70501
(337) 234-7000

It must also be served on the plaintiff's attorney, whose name and address are:

| | |
|---|---|
| CARL J. HEBERT | JIM S. HALL |
| PREIS & ROY | JIM S. HALL & ASSOCIATES |
| PAN AMERICAN LIFE CENTER | 800 N. CAUSEWAY BLVD.SUITE 100 |
| 601 POYDRAS ST., STE. 1700 | METAIRIE, LA  70001 |
| NEW ORLEANS, LA  70130 | **COUNSEL FOR KERRY J. BONDS, JR.** |
| (504) 581-6062 504-832-3000 | |
| **COUNSEL FOR R&R BOATS** | |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

     A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

SEP 1 5 2009

LORETTA G. WHYTE

Date: _____

_____
Name of clerk of court

_Stephanie Gall_

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

≈ AO 441 (Rev 04/08) Summons on Third-Party Complaint (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _Ian Arabie_ ,
by:

(1) personally delivering a copy of each to the individual at this place, _Gic Boats_
_143 Cheramie Lane Golden Meadow La._ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

Date: _9/22/09_

_Douglas J Chauvin_
_____
Server's signature

_Douglas J Chauvin_ PIs
_____
Printed name and title

_308 Mason Dr. Bourg LA._
_____
Server's address