UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KERRY J. BONDS, JR. | : | CIVIL ACTION |
| VERSUS | : | NO. 07-9119 c/w 09-3236 |
| APACHE CORPORATION, ET AL | : | JUDGE BARBIER/ MAGISTRATE CHAVEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## WITNESS & EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Defendant, POWERHOUSE, INC., which, pursuant to this Honorable Court's Scheduling Order, lists the following Witnesses and Exhibits which may and/or will be called and/or utilized at the trial of this matter.

## WITNESS LIST

1. Timothy Picou
   (Captain - MV JESSICA FAYE crew)
   *[liability and/or damages];*

2. Joseph Spell
   (Captain - MV JESSICA FAYE crew)
   *[liability and/or damages];*

3. Keith Scott
   (Deckhand - MV JESSICA FAYE)
   *[liability and/or damages];*

4. Leric Istre
(Deckhand - MV JESSICA FAYE)
*[liability and/or damages]*;

5. Jessica Boudreaux
(R&R Boats - Human Resources)
*[liability and/or damages]*;

6. Dale Baldridge
(R&R Boats - Human Resources)
*[liability and/or damages]*;

7. Kerry Bonds
(Superior Energy Services)
*[Plaintiff]*;

8. Larry Landeche
(Superior Energy Services)
*[liability and/or damages]*;

9. James Carroll
(Superior Energy Services)
*[liability and/or damages]*;

10. Randy Drott
(Superior Energy Services)
*[liability and/or damages]*;

11. Bobby Mays
(Superior Energy Services)
*[liability and/or damages]*;

12. Carl Pellegrin
(Powerhouse, Inc.)
*[liability and/or damages]*;

13. Randy Campbell
    (Powerhouse, Inc.)
    *[liability and/or damages]*;

14. Junior Vice
    (Powerhouse, Inc.)
    *[liability and/or damages]*;

15. Joey Breaux
    (Apache Corp.)
    *[liability and/or damages]*;

16. Gary Tumlinson
    (Apache Corp.)
    *[liability and/or damages]*;

17. Benny (last name unkown)
    (Apache Corp.)
    *[liability and/or damages]*;

18. Dr. Richard Meyers
    *[damages]*;

19. Dr. Robert Davis
    *[damages]*;

20. Dr. Matthew Grimm
    *[damages]*;

21. Dr. Lewis Cashio
    *[damages]*;

22. Dr. Albert Hendler
    *[damages]*;

23. Dr. R. Douglas Bostick, III
    *[damages]*;

24. Dr. Jennifer R. Garrett
    *[damages]*;

25. Dr. Daniel Saurbourn
    *[damages]*;

26. Bobby Lott
    *[liability and/or damages]*;

27. Karina Guzman
    *[liability and/or damages]*;

28. Any and all experts necessary to defend these claims and/or rebut any expert retained by plaintiff;

29. Any and all experts, including health care providers, identified by any other party to these proceedings;

30. Any and all witnesses identified by any other party to these proceedings;

31. Any and all witnesses to be identified through discovery;

32. Any and all witnesses necessary for impeachment and/or rebuttal;

33. Any record custodian of the various facilities where plaintiff may have been treated, either pre-accident and/or post accident, to identify and authenticate plaintiff's medical records; and,

34. Any witness who has or does conduct surveillance on plaintiff's activities.

## EXHIBIT LIST

1. Any and all pleadings and motions filed in this matter;

2. Any and all discovery and depositions, with exhibits, taken in this matter;

3. Any and all relevant records concerning plaintiff, including:

    a. Income tax returns;

    b. Social Security disability and/or earnings records;

    c. Employment records;

    d. Civil and/or criminal suit records; and,

    e. Worker's compensation records.

4. Any and all exhibits listed by plaintiffs and/or any other party to these proceedings;

5. Any and all exhibits to be identified through the course of discovery;

6. Any and all exhibits necessary for impeachment and/or rebuttal;

7. Plaintiff's medical records and bills, prior and present, including, but not limited to those of Ochsner Medical Center and Health Systems, Jefferson Orthopedic Clinic, Pelican Occupational Medical Services, Dr. Richard Myer, Dr. Robert Davis, Dr. Matthew Grimm, Dr. Lewis Cashio, Dr. Albert Hendler, Dr. R. Douglas Bostick, III, Dr. Jennifer R. Garrett, Dr. Daniel Saurborn, and West Jefferson Surgery Center;

8. Any and all incident reports regarding the subject and/or prior and subsequent incidents involving plaintiff;

9. Any and all contracts involving any party to this litigation and pertinent to this litigation;

10. Any and all documents or resources relied upon by any expert in this matter;

11. Any and all pictures and/or diagrams of the alleged accident site;

12. Any statement obtained from any witness relative to the incident;

13. Vessel logs;

14. All applicable Apache Daily Work reports;

15. Weather data setting forth the climatic condition at or around the platform upon which plaintiff was working;

16. Photographs of the platform and crane; and,

17. Any records or evidence regarding plaintiff's prior accidents or injuries including motor vehicle accidents.

Respectfully submitted,

**DAIGLE RAYBURN LLC**

BY: _____
JEAN ANN BILLEAUD (No. 24756)
SUSAN A. DAIGLE (No. 4459)
303 W. Vermilion, Ste. 210
P.O. Box 3667
Lafayette, LA 70502-3667
PHONE: (337) 234-7000
FAX: (337) 237-0344
**COUNSEL FOR POWERHOUSE, INC.**

## CERTIFICATE OF SERVICE

I, by filing electronically, certify that service was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and the Local Rules of this Court on this 8th day of October, 2009.

JEAN ANN BILLEAUD